# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE VELASQUEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>O'REILLY AUTOMOTIVE STORES, INC. (a Missouri corporation) dba O'REILLY AUTO PARTS, and DOES 1 - 50, inclusive,<br><br>Defendants. | CASE NO. CV 18-5233-GW(EX)<br><br>**ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>JUDGE: Hon. George H. Wu<br>DEPT: 9D<br><br>REMOVED: June 13, 2018<br>TRIAL DATE: Not Set |

Pursuant to the Joint Stipulation for Dismissal of Action with Prejudice entered into by and between Plaintiff ENRIQUE VELASQUEZ ("Plaintiff") and Defendant O'REILLY AUTO ENTERPRISES, LLC (erroneously sued as "O'REILLY AUTOMOTIVE STORES, INC. dba O'REILLY AUTO PARTS") ("Defendant"), through their respective counsel of record, and good cause appearing thereby,

/ / /

/ / /

/ / /

/ / /

1    IT IS HEREBY ORDERED that the above captioned case is hereby
2 dismissed with prejudice in its entirety.

DATED: August 1, 2018    _____
GEORGE H. WU,
United States District Judge